Jimmy LEDFORD, Larry O'Dell, Bryan Walker, Dynavision Group, LLC, Signature Leasing, LLC, Plaintiffs-Appellants, Cross-Appellees,

v.

Shelby PEEPLES, Jr., PFLC, LLC, Internal Management, Inc., Defendants-Appellees, Cross-Appellants.

No. 06-10715.

United States Court of Appeals, Eleventh Circuit.

Jan. 19, 2011.

H. Lamar Mixson, David G.H. Brackett, Frank M. Lowrey, IV, Emmet J. Bondurant, Bondurant, Mixson & Elmore, LLP, Harold T. Daniel, Jr., Laurie Webb Daniel, Holland & Knight, LLP, Atlanta, GA, for Plaintiffs.

Richard H. Sinkfield, Catherine M. Bennett, Kristina M. Jones, Rogers & Hardin, LLP, Atlanta, GA, for Defendants.

Before DUBINA, Chief Judge, and TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.